UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLIFTON KLUSER and DAVID SPENCER, on behalf of themselves and others similarly situated,**

        Plaintiffs,

vs.

CASE NO.:   8:17-CV-00062-EAK-MAP

**AREA WIDE PROTECTIVE, INC., d/b/a AWP, INC., a foreign profit corporation,**

        **Defendant.**
_____/

## JOINT REPORT REGARDING SETTLEMENT

Pursuant to the Court's *Scheduling Order* dated January 10, 2017, the Parties respectfully file their Joint Report Regarding Settlement and state as follows:

The Parties have not exhausted all settlement efforts and are continuing to negotiate. Parties request an extension of 21 days, until April 26, 2017, to continue settlement negotiations before filing a Case Management Report signed by counsel for all Parties.

        Respectfully submitted,

| | |
|---|---|
| */s/ Cary Cash* | */s/ Marc R. Edelman* |
| Darren Caputo, Trial Attorney | Marc R. Edelman, Esq. |
| FBN 85765 | Fla. Bar No. 0096342 |
| Cary Cash, Trial Attorney | Morgan & Morgan, P.A. |
| FBN 15082 | 201 North Franklin Street, Suite 700 |
| Brasfield, Freeman, Goldis & Cash, P.A. | Tampa, FL 33602 |
| 2553 1st Avenue North | Phone: 813-223-5505 |
| Saint Petersburg, Florida 33713 | Fax: 813-222-2406 |
| P: 727-327-2258 | Email: medelman@forthepeople.com |
| F: 727-328-1340 | *Attorneys for Plaintiff* |
| Primary: dcaputo@brasfieldlaw.net | |
| Secondary: cary.cash@brasfieldlaw.net | |
| *Attorneys for Defendant* | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of April, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to:

*Darren Caputo, Esq. & Cary Cash, Esq.*
*Brasfield, Freeman, Goldis & Cash, P.A.*
2553 1st Avenue North
St. Petersburg, FL  33713
Email: dcaputo@brasfieldlaw.net
apouget@brasfieldlaw.net (*Paralegal for Caputo*)
cary.cash@brasfieldlaw.net
KCollelo@brasfieldlaw.net (*Paralegal for Cash*)
*Attorneys for Defendant*

**Respectfully Submitted,**

**MORGAN & MORGAN, P.A.**

**/s/ Marc R. Edelman**
Marc R. Edelman, Esq.
Fla. Bar No. 0096342
Morgan & Morgan, P.A.
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Phone: 813-223-5505
Email: medelman@forthepeople.com
*Attorneys for Plaintiff*