UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLIFTON KLUSER and DAVID
SPENCER, on behalf of themselves
and others similarly situated,

                Plaintiffs,

                                       CASE NO.:   8:17-CV-00062-EAK-MAP

vs.

AREA WIDE PROTECTIVE, INC.,
d/b/a AWP, INC., a foreign profit
corporation,
                Defendant.
_____/

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE**, pursuant to Rule 3.08, *Local Rules, U.S. District Court, Middle District of Florida*, that the parties in the above-styled action have reached a mutual resolution of this matter. Pursuant to said Rule, the undersigned hereby requests that the Court administratively close this matter for a period of sixty (60) days for the purpose of entering the appropriate dismissal documents.

Respectfully submitted, this 23rd day of October, 2017.

                                                        s/*Marc R. Edelman*
                                                        Marc R. Edelman, Esq.
                                                        Fla. Bar No. 96342
                                                        MEdelman@forthepeople.com
                                                        MORGAN & MORGAN, P.A.
                                                        201 N. Franklin St., Ste. 700
                                                        Tampa, FL 33602
                                                        (813) 223-5505
                                                        Fax: (813)257-0572
                                                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I CERTIFY that on this 16th day of February, 2017, a true and correct copy of the foregoing document has been furnished via e-mail to:

*Darren Caputo, Esq. & Cary Cash, Esq.*
*Brasfield, Freeman, Goldis & Cash, P.A.*
2553 1st Avenue North
St. Petersburg, FL  33713
Email: dcaputo@brasfieldlaw.net
cary.cash@brasfieldlaw.net
*Attorneys for Defendant*

MORGAN & MORGAN

*/s/ Marc R. Edelman*
Marc R. Edelman, Esq.
Fla. Bar No. 0096342
201 N. Franklin Street, #700
Tampa, FL 33602
Telephone 813-223-5505
Fax:  813-257-0572
MEdelman@forthepeople.com
Attorney for Plaintiffs