UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLIFTON KLUSER, on behalf of
themselves and others similarly situated
and DAVID SPENCER, on behalf of
themselves and others similarly situated,

    Plaintiffs,

v.                                                                        Case No: 8:17-cv-62-T-17MAP

AREA WIDE PROTECTIVE, INC., a
foreign profit corporation,

    Defendant.
_____

## ORDER APPROVING SETTLEMENT AGREEMENT

    This matter comes before the Court for the Parties' Joint Motion to Approve Settlement Agreement. *Motion*, Doc. No. 26. The Court has reviewed the terms of the settlement agreement, and finds that it memorializes a fair resolution of this case on behalf of the plaintiffs and the defendant. Finding that all legal requirements are satisfied, and that the purpose of the Fair Labor Standards Act is not frustrated by approving the settlement agreement,

    It is **ORDERED** that the (1) Settlement Agreement, Doc. No. 26-1, is **APPROVED**, (2) the case is dismissed with prejudice, and (3) the Clerk shall close the case.

    **DONE** and **ORDERED** in Chambers, in Tampa, Florida this 17th day of November, 2017.

                                              ELIZABETH A. KOVACHEVICH
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record